**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | | |
|---|---|---|
| WORKHORSE GROUP INC., | ) | |
| Plaintiff, | ) | Case No. _____ |
| v. | ) | Judge _____ |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Appendix C, Paragraph 16 of the Rules of this Court, Plaintiff Workhorse Group Inc. ("Workhorse"), hereby respectfully requests that the Court issue a standard Protective Order in this matter consistent with U.S. Court of Federal Claims Form 8 (Protective Order in Procurement Protest Cases) to safeguard the proprietary and confidential information of the parties to this litigation that is likely to be disclosed orally and/or in writing during the course of this matter. Workhorse is likely to suffer serious competitive harm if certain proprietary and/or confidential information is not safeguarded. Additionally, some of the information is subject to a Non-Disclosure Agreement that the United States Postal Service required Workhorse agree to in connection with the solicitation at issue, Solicitation No. 3D-20-A-0031.

For the foregoing reasons, Workhorse respectfully requests that the Court grant its Motion for a Protective Order.

Dated: June 16, 2021                    Respectfully submitted,


                                        /s/ Thomas P. McLish
                                        Thomas P. McLish
                                        tmclish@akingump.com
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        2001 K Street NW
                                        Washington, D.C. 20006
                                        (202) 887-4000 (Tel)
                                        (202) 887-4288 (Fax)

                                        *Attorney for Workhorse Group Inc.*


Of Counsel:

Scott M. Heimberg
sheimberg@akingump.com
Samantha J. Block
samantha.block@akingump.com
McKenzie F. Miller
mckenzie.miller@akingump.com
Madeline M. Bardi
mbardi@akingump.com