# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | |
|---|---|
| WORKHORSE GROUP INC., | ) |
| Plaintiff, | ) Case No. _____ |
| v. | ) Judge _____ |
| THE UNITED STATES, | ) |
| Defendant. | ) |

### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Workhorse Group Inc. ("Workhorse") hereby states that no publicly-held corporation owns 10% or more of Workhorse's outstanding common stock.

Dated: June 16, 2021

Respectfully submitted,

/s/ Thomas P. McLish
Thomas P. McLish
tmclish@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, D.C. 20006
(202) 887-4000 (Tel)
(202) 887-4288 (Fax)

*Attorney for Workhorse Group Inc.*

Of Counsel:

Scott M. Heimberg
sheimberg@akingump.com
Samantha J. Block
samantha.block@akingump.com

McKenzie F. Miller
mckenzie.miller@akingump.com
Madeline M. Bardi
mbardi@akingump.com