IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WORKHORSE GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 21-1484C <br> Judge Somers |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Borislav Kushnir_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Borislav Kushnir<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C.  20044

                                             /s/ Borislav Kushnir
                                       BORISLAV KUSHNIR
                                              Trial Attorney
                                   Commercial Litigation Branch
                                                 Civil Division
                                     Telephone: (202) 307-5928
                                      Facsimile:  (202) 353-0461
                                     Email: Steven.Kushnir@usdoj.gov

Dated: June 16, 2021