# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: June 17, 2021)

```
* * * * * * * * * * * * * * * * * *
                                   *
                                   *
WORKHORSE GROUP, INC.,             *
                                   *
              Plaintiff,           *
                                   *
       v.                          *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant,           *
                                   *
and                                *
                                   *
OSHKOSH DEFENSE, LLC,              *
                                   *
              Defendant-Intervenor.*
                                   *
                                   *
* * * * * * * * * * * * * * * * * *
```

### ORDER

On June 16, 2021 Oshkosh Defense, LLC ("Oshkosh"), awardee of the contract protested by Plaintiff, filed a motion to intervene as a defendant-intervenor pursuant to Rule 24 of the Rules of the Court of Federal Claims ("RCFC"). ECF No. 9. Oshkosh represents that their motion is unopposed. The motion is hereby **GRANTED**, and Oshkosh shall be designated as defendant-intervenor in the above-captioned matter.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
Zachary N. Somers
Judge