# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: June 17, 2021)

```
* * * * * * * * * * * * * * * * *  *
                                   *
WORKHORSE GROUP, INC.,             *
                                   *
               Plaintiff,          *
                                   *
       v.                          *
                                   *
THE UNITED STATES,                 *
                                   *
               Defendant,          *
                                   *
and                                *
                                   *
OSHKOSH DEFENSE, LLC,              *
                                   *
               Defendant-Intervenor.*
                                   *
* * * * * * * * * * * * * * * * *  *
```

## ORDER

As agreed by counsel for the parties, the Court will hold an initial status conference on **Thursday, June 17, 2021, at 4:00 p.m. EDT.** The Court will conduct the proceeding via teleconference and will separately send counsel instructions for joining the teleconference.

**IT IS SO ORDERED.**

s/ Zachary N. Somers<br>
ZACHARY N. SOMERS<br>
Judge