## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WORKHORSE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>OSHKOSH DEFENSE, LLC,<br><br>Defendant-Intervenor. | No. 21-1484C<br><br>Judge Zachary N. Somers |

### OSHKOSH DEFENSE, LLC'S CORPORATE DISCLOSURE STATEMENT

Oshkosh Defense, LLC ("Oshkosh"), by its undersigned counsel, hereby files its corporate disclosure statement pursuant to Rule 7.1 of the Rules of the Court of Federal Claims and states that Oshkosh is a wholly-owned subsidiary of Oshkosh Corporation. Oshkosh Corporation is a publicly held corporation.

Dated: June 17, 2021

Of Counsel:
Justin A. Chiarodo
Stephanie M. Harden
Robyn N. Burrows
Michael J. Montalbano
BLANK ROME LLP
1825 Eye Street, NW
Washington, D.C.  20006

Respectfully Submitted,

/s/ Scott Arnold
Scott Arnold
**BLANK ROME LLP**
1825 Eye Street, NW
Washington, D.C.  20006
T: (202) 420-4736
F: (202) 379-9274
E: Sarnold@blankrome.com
*Counsel for Oshkosh Defense, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2021, I caused a copy of the foregoing Oshkosh Defense, LLC's Corporate Disclosure Statement to be served via electronic service through the Courts ECF filing system on all parties of record.

/s/ Scott Arnold
Scott Arnold
**BLANK ROME LLP**
1825 Eye Street, NW
Washington, D.C.  20006
T: (202) 420-4736
F: (202) 379-9274
E: Sarnold@blankrome.com
*Counsel for Oshkosh Defense, LLC*