# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: June 17, 2021)

```
* * * * * * * * * * * * * * * * *  *
                                    *
WORKHORSE GROUP, INC.,              *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant,          *
                                    *
and                                 *
                                    *
OSHKOSH DEFENSE, LLC,               *
                                    *
                Defendant-Intervenor.*
                                    *
* * * * * * * * * * * * * * * * *  *
```

## ORDER

On June 16, 2021, Plaintiff filed a Motion for Leave to File Complaint Under Seal (ECF No. 5) and Motion for Protective Order (ECF No. 6) (Motions). Defendant and Defendant-Intervenor have informed the Court that they do not oppose Plaintiff's Motions. For good cause shown, the Court **GRANTS** Plaintiff's Motions. With regard to the sealed complaint, by June 22, 2021, the parties shall confer to determine whether additional redactions to the proposed redacted complaint are necessary. Once the parties have agreed on redactions, Plaintiff shall publicly file the redacted complaint as a separate docket entry.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
Zachary N. Somers
Judge