# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: June 17, 2021)

```
* * * * * * * * * * * * * * * * *  *
                                   *
WORKHORSE GROUP, INC.,             *
                                   *
                Plaintiff,         *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
                Defendant,         *
                                   *
and                                *
                                   *
OSHKOSH DEFENSE, LLC,              *
                                   *
                Defendant-Intervenor. *
                                   *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## SCHEDULING ORDER

On June 17, 2021, the Court held a telephonic initial status conference in this case. The parties consented to the following schedule:

- On or before **July 6, 2021**, the government shall file a motion to dismiss Plaintiff's complaint under Rule 12(b)(1) of the Rules of the Court of Federal Claims for lack of subject-matter jurisdiction due to Plaintiff's alleged failing to exhaust its administrative remedies. Defendant-Intervenor may also file a brief in support of the government's motion to dismiss.

- On or before **July 20, 2021**, Plaintiff shall file its response to the government's motion to dismiss.

- On or before **July 27, 2021**, the government shall file a reply in support of its motion to dismiss. Defendant-Intervenor may also file a brief in support of the government's motion to dismiss.

- Government shall **FILE** the Administrative Record within one-week of the Court's ruling on the government's motion to dismiss.

The Court may schedule oral argument on the government's aforementioned motion after briefing is complete.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge