# In the United States Court of Federal Claims

No. 21-1484 C
Filed: July 26, 2021

```
* * * * * * * * * * * * * * * * * * *
                                    *
WORKHORSE GROUP, INC.,              *
                                    *
                Plaintiff,          *
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant,          *
                                    *
and                                 *
                                    *
OSHKOSH DEFENSE, LLC,               *
                                    *
                Defendant-Intervenor.*
                                    *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

      On July 26, 2021, the government and Defendant-Intervenor filed respective motions for enlargement of time to reply to Plaintiff's response in this matter. *See* ECF No. 39, 40. Both motions seek an enlargement of 7 days to reply to Plaintiff's response. Under the Court's scheduling order, reply briefs are due tomorrow, July 27, 2021. ECF No. 15. The government and Defendant-Intervenor advise the Court that their motions are unopposed by Plaintiff. For good cause shown, both motions for enlargement are **GRANTED**. Accordingly, the government and Defendant-Intervenor shall file their reply briefs on or before **August 3, 2021**.

      IT IS SO ORDERED.

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge
