# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: August 12, 2021)

```
* * * * * * * * * * * * * * * * * * *
                                    *
WORKHORSE GROUP, INC.,              *
                                    *
              Plaintiff,            *
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant,            *
                                    *
and                                 *
                                    *
OSHKOSH DEFENSE, LLC,               *
                                    *
              Defendant-Intervenor. *
                                    *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 12, 2021, Plaintiff filed a Motion for Extended Briefing "request[ing] that the Court issue an order directing Workhorse and the Government to fully brief the merits of Workhorse's contention that the United States Postal Service's administrative review scheme violates the Appointments Clause of the Constitution." ECF No. 46. Plaintiff's motion indicates that the government opposes further briefing on this issue. The government shall, and the defendant-intervenor may, **FILE** a response to Plaintiff's motion by no later than **Friday, August 20, 2021**. The Clerk shall modify the docket entry for ECF No. 46 to reflect the response date consistent with this order.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge