**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | |
|---|---|
| WORKHORSE GROUP, INC.  <br><br>　　　　　Plaintiff,  <br><br>　　v.  <br><br>THE UNITED STATES,  <br><br>　　　　　Defendant,  <br><br>and  <br><br>OSHKOSH DEFENSE, LLC,  <br><br>　　　　　Defendant-Intervenor. | Case No. 21-1484 C  <br><br>Judge Zachary N. Somers |

**DEFENDANT-INTERVENOR OSHKOSH DEFENSE, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENDED BRIEFING**

Oshkosh Defense, LLC ("Oshkosh") respectfully submits that it is within the Court's discretion to decide whether it needs more briefing on a particular issue. Oshkosh believes that the Court exercised this discretion soundly in deciding that the briefs already filed suffice, and that it is time to move to oral argument.

Oshkosh also agrees with the Government that Plaintiff's request to file a reply to any supplemental briefing should be denied. If, however, the Court grants Plaintiff's motion in its entirety, Oshkosh respectfully requests that the Court provide Oshkosh the same opportunity to respond to the Government's filing as it provides the Plaintiff.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Scott Arnold |
| Of Counsel: | Scott Arnold |
| Justin A. Chiarodo | **BLANK ROME LLP** |
| Stephanie M. Harden | 1825 Eye Street, NW |
| Robyn N. Burrows | Washington, D.C.  20006 |
| Michael J. Montalbano | T: (202) 420-4736 |
| BLANK ROME LLP | F: (202) 379-9274 |
|  | E: Sarnold@blankrome.com |
|  | *Counsel for Oshkosh Defense, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2021, I caused a copy of the foregoing Oshkosh Defense, LLC's Response in Opposition to Plaintiff's Motion for Extended Briefing to be served via electronic service through the Courts ECF filing system on all parties of record.

/s/ Scott Arnold
Scott Arnold
**BLANK ROME LLP**
1825 Eye Street, NW
Washington, D.C.  20006
T: (202) 420-4736
F: (202) 379-9274
E: Sarnold@blankrome.com
*Counsel for Oshkosh Defense, LLC*