# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: August 20, 2021)

```
* * * * * * * * * * * * * * * * * * *
                                    *
WORKHORSE GROUP, INC.,              *
                                    *
            Plaintiff,              *
                                    *
     v.                             *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant,              *
                                    *
and                                 *
                                    *
OSHKOSH DEFENSE, LLC,               *
                                    *
            Defendant-Intervenor.   *
                                    *
* * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 12, 2021, Plaintiff filed a Motion for Extended Briefing "request[ing] that the Court issue an order directing Workhorse and the Government to fully brief the merits of Workhorse's contention that the United States Postal Service's administrative review scheme violates the Appointments Clause of the Constitution." ECF No. 46. On August 18, 2021, the government responded in opposition, arguing that "the Court should deny [Plaintiff's] motion, and proceed to a prompt resolution of the pending motions to dismiss." ECF No. 49 at 1. On the same day, the defendant-intervenor similarly responded, arguing that "the Court exercised [its] discretion soundly in deciding that the briefs already filed suffice, and that it is time to move to oral argument." ECF No. 50 at 1.

The Court concurs that extended briefing on the motions to dismiss is unnecessary, and the parties should be prepared to proceed to oral argument. Accordingly, Plaintiff's Motion for Extended Briefing is **DENIED**. Chambers will contact the parties to schedule oral argument.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge