# In the United States Court of Federal Claims

No. 21-1484 C
(Filed: August 25, 2021)

```
* * * * * * * * * * * * * * * * * *
                                   *
WORKHORSE GROUP, INC.,             *
                                   *
                Plaintiff,         *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
                Defendant,         *
                                   *
and                                *
                                   *
OSHKOSH DEFENSE, LLC,              *
                                   *
                Defendant-Intervenor. *
                                   *
* * * * * * * * * * * * * * * * * *
```

## ORDER

As agreed to by counsel for the parties, the Court will hold oral argument on the motions to dismiss on **Wednesday, September 15, 2021, at 2:00 p.m. EDT.** The Court will hold the oral argument in-person at the Howard T. Markey National Courts Building in Washington, D.C., and will separately send counsel information regarding courtroom location and building access protocols.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge