## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### Bid Protest

| | | |
|---|---|---|
| WORKHORSE GROUP INC., | ) | |
| Plaintiff, | ) ) ) | Case No. 21-1484C |
| v. | ) ) | Judge Zachary N. Somers |
| THE UNITED STATES, | ) ) | |
| Defendant | ) ) | |
| and | ) ) | |
| OSHKOSH DEFENSE, LLC, | ) ) | |
| Defendant-Intervenor. | ) ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, Workhorse Group ("Workhorse"), pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, hereby dismisses all causes of action in the complaint against defendant the United States without prejudice.

Neither the United States nor Defendant-Intervenor have filed an answer to the complaint or a motion for summary judgment as to Plaintiff's claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: September 14, 2021          Respectfully submitted,

/s/ Thomas P. McLish
Thomas P. McLish
tmclish@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, D.C. 20006

(202) 887-4000 (Tel)
(202) 887-4288 (Fax)
Attorney for Workhorse Group Inc.

Of Counsel:

Scott M. Heimberg sheimberg@akingump.com
Caroline Wolverton cwolverton@akingump.com
Samantha J. Block samantha.block@akingump.com
McKenzie F. Miller mckenzie.miller@akingump.com
Madeline M. Bardi mbardi@akingump.com

Michael F. Mason mike.mason@hoganlovells.com
Catherine E. Stetson cate.stetson@hoganlovells.com
Susan M. Cook susan.cook@hoganlovells.com
Stacy M. Hadeka stacy.hadeka@hoganlovells.com